CUNIGUNDE LISTMAN, Respondent, *v.* JOHN HICKEY, Appellant.*

(Argued June 7, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 15, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Sidney H. Stuart* for appellant.

*Samuel D. Levy* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

CLARA J. BUTLER, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued June 7, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made at the April term, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Edward B. Thomas* for appellant.

*Gilbert D. Lamb* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 65 Hun, 8.